UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-sc-2607 (MJD/AJB)

| | |
|---|---|
| PAUL ALLEN OLSON, individually and as relator for the UNITED STATES OF AMERICA, and the STATE OF MINNESOTA,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRVIEW HEALTH SERVICES OF MINNESOTA, and its wholly owned subsidiary or affiliate UNIVERSITY OF MINNESOTA MEDICAL CENTER, FAIRVIEW, a/k/a Fairview University Medical Center,<br><br>        Defendants. | |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Second Amended Complaint be unsealed and served upon the Defendants by the Relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order; the United States' Notice of Election to Decline Intervention; the State of Minnesota's Notice of Election to

Decline Intervention; the original Complaint; the Amended Complaint, and Relator's motion papers and the Court's orders filed in connection with both motions to amend the Complaint, which the Relator will serve upon the Defendants after service of the Second Amended Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcript and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 30th day of April, 2014.

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court